UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-20391-CR-BLOOM

UNITED STATES OF AMERICA

v.

JOEL LUBIN,

Defendant.

_____/

## FACTUAL BASIS IN SUPPORT OF PLEA

The United States hereby files this factual basis in support of the change of plea of defendant Joel Lubin. In support thereof, the government asserts the following facts:

Ideal Professional Institute, Inc. ("Ideal Professional") was a Florida corporation with a listed address of 20295 NW 2nd Ave, Suite 210, Miami Gardens, Florida 33169. According to Ideal Professional's website it offered a Practical Nursing Program and a Professional Nursing program.

Defendant Joel Lubin, a resident of Miami-Dade County, was the Registered Agent and administrator of Ideal Professional.

From in or around July of 2018, through in or around April of 2022, in Miami Dade County, in the Southern District of Florida, and elsewhere, Joel Lubin, willfully, that is, with the intent to further the objects of the conspiracy, and knowingly combined, conspired, confederated, and agreed with others known and unknown to knowingly, and with the intent to defraud, devise and intend to devise a scheme and artifice to defraud and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises, knowing the pretenses, representations, and promises were false and fraudulent when made, and for the

purpose of executing the scheme and artifice, knowingly transmitted and caused to be transmitted by means of wire communication in interstate and foreign commerce, certain writings, signs, signals, pictures and sounds, in violation of Title 18, United States Code, Section 1343.

It was the purpose of the conspiracy for Joel Lubin and his co-conspirators to unlawfully enrich themselves by, among other things, selling fraudulent nursing diplomas, educational transcripts, and other credentials, and assisting the purchasers in fraudulently obtaining licensure and ultimately employment in the healthcare field.

Joel Lubin and others sold false and fraudulent continuing education certifications, diplomas, transcripts, and other fraudulent documents (collectively "fraudulent documents") which falsely represented that the purchasers of the fraudulent documents had completed the necessary courses and/or clinical training to obtain nursing degrees when in fact the purchasers had never completed the necessary courses and/or clinical training.

Joel Lubin and others caused the purchasers to transmit, by means of interstate wire communication, identification documents supporting their licensing applications, and to make electronic payments, by means of interstate wire communication, to Escalante Zerpa, and others, for providing the fraudulent documents.

Using the fraudulent documents, Joel Lubin and others, assisted the purchasers of the fraudulent documents in obtaining fraudulent nursing licenses from state licensing agencies and employment in the healthcare field.

Co-conspirators used the false and fraudulent diplomas, transcripts and other documents created and distributed by Joel Lubin and others, to fraudulently obtain employment and benefits at various unwitting health care providers throughout the country. Those health care providers hired and paid salaries, wages, and other benefits to the nurses based on their fraudulent

credentials.

Joel Lubin and others used the proceeds of the fraud for their personal use and benefit, and to further the fraud.

Bank records show that there were approximately $7,249,457.94 in cash deposits, credit card payments, checks from individuals, and payments from coconspirators into accounts controlled by Joel Lubin between July of 2018, through in or around April of 2022. Joel Lubin agrees that he earned $7,249,457.94 based on the foregoing criminal conduct.

The above-described facts serve only as a summary of the testimony were this case to proceed to trial and are not intended to be an exhaustive account of all the information available to the Government concerning the offense charged in the instant criminal information.

Date: 11/12/25

By: _____
CHRISTOPHER J. CLARK
ASSISTANT U.S. ATTORNEY

Date: 11/12/25

By: _____
RODERICK D. VEREEN, ESQ.
ATTORNEY FOR DEFENDANT

Date: 11/12/25

By: _____
JOEL LUBIN
DEFENDANT

3